THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM T. SOMERVILLE, Appellant, *v.* THEODORE ROOSEVELT et al., Composing the Board of Police of the Police Department of the City of New York, Respondents.

*People ex rel. Somerville* v. *Roosevelt*, 13 App. Div. 625, reversed.
(Submitted June 8, 1898; decided June 24, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made January 15, 1897, affirming, on certiorari, a determination of respondents dismissing the relator from the police force of the city of New York.

*Edward H. Hawke, Jr.*, and *Joseph A. Flannery* for appellant.

*Theodore Connoly* and *Terence Farley* for respondents.

Order of Appellate Division and the determination of the commissioners reversed, with costs in all courts, on *People ex rel. Kasschau* v. *Police Commissioners* (155 N. Y. 40).

All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK McELROY, Appellant, *v.* THEODORE ROOSEVELT et al., Composing the Board of Police of the Police Department of the City of New York, Respondents.

*People ex rel. McElroy* v. *Roosevelt*, 5 App. Div. 622, affirmed.
(Argued June 8, 1898; decided June 24, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 21, 1896, affirming, on certiorari, a determination of the respondents dismissing the relator from the police force of the city of New York.

*Edward Hymes* and *Michael Schaap* for appellant.

*Theodore Connoly* and *Terence Farley* for respondents.

Order affirmed, with costs; no opinion.
All concur.